■ HEDDA NUSSBAUM, Respondent, v JOEL STEINBERG, Appellant.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on December 5, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., with costs. No opinion. Concur—Sullivan, J. P., Rosenberger, Kupferman, Smith and Rubin, JJ.